**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TERYLL SOMERVILLE, as Personal**
**Representative of the Estate of Edgar**
**Somerville, Sr.,**

     **Plaintiff,**

**-vs-**             **Case No.  6:08-cv-787-Orl-22KRS**

**UNITED STATES OF AMERICA,**

     **Defendant.**

_____

**ORDER**

This cause is before the Court on Plaintiff's Response to United States' Bill of Costs (Doc.

No. 90) filed on July 19, 2010.

The United States Magistrate Judge has submitted a report recommending that costs be

taxed against Plaintiff as Personal Representative of the Estate of Edgar Somerville, Sr., only.

After an independent *de novo* review of the record in this matter, and noting that no

objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of

law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.  The Report and Recommendation filed August 16, 2010 (Doc. No. 93) is

ADOPTED and CONFIRMED and made a part of this Order.

2.  Plaintiff's Response docketed as a Motion for Review (Doc. No. 90) is

GRANTED.

3.      The Clerk is directed to tax costs in the amount of $6,075.08 against Teryll

Somerville, as Personal Representative of the Estate of Edgar Somerville, Sr.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 8, 2010.


Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge